OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS **FILE COPY**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**6/10/2015**

**Blaylock, Cody Lamont    Tr. Ct. No. 114-1070-10**    **COA No. 12-13-00363-CR**
                                                          **PD-0394-15**

On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule
9.3(b) T.R.A.P.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK